UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 0 8 2011
Clerk, U.S. District and Bankruptcy Courts

DANNY JOE HIRSCHFIELD ESQ.,
7206 ANTOCK PLACE
UPPER MARLBORO, MD 20772

Case. 1:11-cv-01441
Assigned To · Unassigned
Assign. Date · 8/8/2011
Description: Pro Se Gen Civil

VS.

U.S. DEPT. OF HOMLAND SECURITY OFFICER EDWARD LOTT 959
(FPS) FEDERAL PROTECTIVE SERVICE ICE CASE#D10006275
WASHINGTON, DC. 20528

COMPLAINT

TO WHOM IT MAY CONCERN I AM FILING THIS COMPLAINT AGAINST U.S. DEPT. OF HOMELAND SECURITY FEDERAL PROTECTIVE SERVICE ICE AS MAINLY RESPOSIBLE FOR COMPENSATING MY DISTRESS, PAIN, SUFFERING, AND VIOLATIONS OF THE U.S CONSTITUTION.

ON JULY 6, 2010. I WAS APPROACHING AND WALKING TOWARD 255 E. TEMPLE ST. LOS ANGELES, CA ROYBAL FED BUILDING/COURTHOUSE UNITED STATES. AS A STUDENT OF CINEMA & TELEVISION AND BEING DISABLED IT WAS MY FIRST TIME THERE. I WAS SINGLED OUT AND DISCRIMINATED BY SEVERAL OFFICERS THERE ON SIGHT. I WAS JUST TRYING TO TAKE SOME PHOTOGRAPHS OF SCENIC LANDMARK WITH MY PHONE

IMMEDIATLY A SECURITY GAURD ATTACKED ME AND HANDCUFFED ME EXTREMELLY VIOLENT CALLED THE ICE AGENTS AND SAID I WAS TRYING TO BREAK INTO VEHICLES. ALL THESE OFFICERS HAD ME STARDLED DISPLAYING ACTS OF VIOLENT BEHAVIOR LIKE THEY WANTED TO BEAT ME. I HAVE IN THE PAST MANY YEARS HAVE GONE THROUGH THIS WITH POLICE POWER AND HAVE SUFFERD FROM A TRAUMATIC DISORDER BEING HARSHLY ABUSED. THEY SEACH MY HANDBAG AND BODY LEFT ALL MY PERSONAL BELONGINGS SCATTERD EVERWHERE, TWISTING AND BENDING MY WRIST CAUSING ME TO YELL IN EXCRUCHIATING PAIN.

THIS IS A CLEAR VIOLATION OF AMENDMENT IV ON THE U.S. CONSTITUTION. VIOLATING MY RIGHT TO BE SECURE IN MY PERSON CONDUCTING AND ILLEGAL SEARCH AND SEIZURE WITH NO PROBABLE CAUSE, CAUSING BODILY INJURY,

I WAS WRITTEN A CITATION AND REALEASED WITH A FINE OF $275. AND COURT DATE TO APPEAR ON 9/1/10 @ 830 ROYBAL FED BLDG/CRTH CRIMINAL INTAKE ROOM 178 255 E. TEMPLE STREET LOS ANGELES, CA 90012..

ON. 9/1/2010 I SHOWED UP TO COURT ENTRACE TO APPEAR ON THIS CASE. I WAS NOT LET IN TO COURT SINCE

② NEXT PAGE

I DID NOT HAVE A STATE IDENTIFICATION, IN WHICH WAS LOST/STOLEN. I SHOWED THE U.S. MARSHALL COURT AT ENTRANCE MY CITATION AND COURT ORDER TO APPEAR ALONG WITH STUDENT COLLEGE IDENTIFICATION AND RED WHITE AND BLUE MEDICARE CARD. I WAS DENIED ENTRANCE AND ASKED TO LEAVE BUILDING, SUBJECTING ME TO A BENCH WARRANT BEING ISSUED.

I CONTACTED CENTRAL VIOLATIONS BUREAU BY MAIL SENDING THEM MY SOCIAL SECURITY CHECK TO COVER FINE. THEY RETURNED MY CHECK FROM PO BOX 780549 SAN ANTONIO, TX 78278. (800) 827-2982 ASKING ME TO SEND THEM A MONEY ORDER FOR FINE

BEING A U.S. DISABLED STUDENT MY DISADVANTAGES AND EXHUAST MY RESPOSIBILITIES TO HANDLE THIS CASE SEVERAL MONTHS PASSED. ON 2-3-11 I WROTE A LETTER TO JUDGE OR COMMISSIONER AT 255 E TEMPLE ST ROYBAL FED COURT BUILDING ROOM 341. EXPLAINING THE MENTIONED CIRCUMSTANCES AND PLEADING NOT GUILTY TO THE MENTIONED CHARGES. BY DECLARATION. I RECEIVED NO RESPONSE FROM COURTROOM ON LETTER SENT BY U.S MAIL. INCLUDED A COPY OF MY SOCIAL SECURITY LETTER MY BIRTH CERTIFICATE SHOWING I AM A U.S. NATIVE CITIZEN AND MY DISABILITY CARD AND COLLEGE ID. NO RESPONSE FROM THIS LETTER.

ON OR ABOUT 2-3-11 SPOKE TO COURT CLERK (800) 827 2982 ADVISING ME TO CALL VERONIKA MCKANIE @ (213) 894-8257. IN WHICH WORK OUT OF FEDERAL PUBLIC DEFENDERS OFFICE TELLING ME CASE WAS DROPPED AND TO FAX HER ALL INFO ON CASE.

ON OR ABOUT MARCH OF 2011 I CALLED CENTRAL VIOLATIONS BUREAU TO CHECK STATUS OF CASE THEY ADVISED ME THERE WAS A WARRANT FOR MY ARREST THIS IS A CLEAR VIOLATION OF ADMENDMENT ~~XIV~~ SECTION 1 DEPRIVING ME OF PERSON, LIFE, LIBERTY, OR PROPERTY WITHOUT DUE PROCESS OF LAW.

IMMEDIATLY I WENT TO FEDERAL PUBLIC DEFENDERS OFFICE IN DOWNTOWN, LOS ANGELES @ CENTRAL DISTRICT OF CALIFORNIA 321 EAST 2ND STREET LA, CA 90012 (213) 894-2854 AND SPOKE WITH JOYCE DELANEY ABOUT THIS CASE EXPLAININ TO HER I HAD SPOKEN TO VERONIKA MCKANIE SAYING THE CASE WAS DROPPED AND ALSO TOLD HER ABOUT CENTRAL VIOLATIONS BUREAU CLERK TELLING ME THERE WAS A WARRANT FOR MY ARREST. JOYCE ADVISED ME NOT TO WORRY THAT SHE WOULD LOOK INTO CASE AND GET BACK WITH ME. SEVERAL WEEKS WENT BY NO RESPONSE. SO - ME BEING

(4) NEXT PAGE →

OUT IN FREEDOM NOT SURE IF CASE WAS DROPPED OR THERE WAS A WARRANT.

ON 4/14/11 BEING A RESIDENT AT 4537 FOUNTAIN AVE #208 LOS ANGELES/HOLLYWOOD CALIFORNIA USA 90029. ON OR ABOUT NOON I FED MY PET BIRD AND DECIDED TO TAKE MY PET KITTEN/CAT FOR A WALK. AS I APPROACHED THE CORNER ON SIDEWALK TWO SPEEDING FLASHING LIGHTS IN WHICH APPEARD TO BE POLICE APPREHENDED ME AT GUN POINT, CUFFING ME AND SINGLE ME OUT TO RESPOND TO A CALL A MAN WITH KNIFE THREATING MEDICAL EMPLOYEES. IN WHICH THEY CLEARED AS BEING MISSTAKEN.

THEY RAN MY NAME IN SYSTEM WITH U.S. MARSHAL WARRANT SHOWING NO BAIL AND FULL EXTRIDICTION. OUT OF ARLINGTON, VA. NO BAIL ON THIS INCIDENT IS BEYOND A VIOLATION OF AMENDMENT VII OF THE U.S. CONSTITUTION ALONG WITH CRUEL AND UNUSUAL PUNISHMENT INFLICTED.

I WAS IMMEDIATLY BOOKED INTO LAPD METROPOLITAN JAIL ON U.S. MARSHALL WARRANT I ASKED OFFICERS TO PLEASE CALL ANIMAL CONTROL TO PICK UP MY PETS SINCE THEY

NEXT PAGE

TOOK MY APARTMENT KEYS AND TOOK MY KITTEN/CAT BACK TO MY APARTMENT, AND PROCEEDED TO JAIL IN WHICH I HAD GOTTEN EXTREMELLY ILL DUE TO TOXIC WASTE AND BACTERIA. THE OFFICERS NEGLECTED TO CALL ANIMAL CONTROL SUBJECTING MY PETS TO DIE OF STARVATION THIS TO ME WAS EXTREME NEGLECT ON THEIR PART. AFTER THIRD DAY AT JAIL AND ASKING SEVERAL TIMES TO CALL ANIMAL CONTROL, I FINALLY SPOKE TO A SUPERVISOR BY THE NAME OF SGT SMITH WHO APPARENTLY UNDERSTOOD THE SITUATION.

SHE IMMEDIATLY DISPATCHED ANIMAL CONTROL TO MY RESIDENCE SAVING MY BIRD AND KITTEN/CAT.

AFTER 5TH DAY AT JAIL U.S. MARSHALLS SHOW UP TO TRANSPORT ME TO METROPOLITAN DETENTION CENTER BUREAU OF PRISON AFFAIRS. THE NEXT DAY I APPEARED BEFORE A COURT AND WAS RELEASED ON U.S. BOND. WITH A COURT DATE AND DEPUTY FEDERAL PUBLIC DEFENDER ASAL AKHONDZADEH.

I RETURNED TO COURT ON ORDERED DAY. AND CASE WAS DISSMISSED (DROPPED).

(6) NEXT PAGE

SO AFTER THIS WHOLE UNFORTUNATE DEAL AND SPRAINING AND TWISING MY ANKLE FOOT, BEING IN CUSTODY BEING ORDERED BY US MARSHALLS TO GET UP ON A STEP IN ELEVATOR IN PRISON LINE UP I FELL AND SPRAIN MY ANKLE BONE WITH EXCRUCHIATING EXTREME PAIN I WAS TRASPORTED TO NURSE SHE MADE A RECORD OF IT WRAPPED MY ANKLE WITH SPLINT AND ADMINISTERED MOTRIN AND GAVE ME CRUCHES.

I WENT TO SEE MY DOCTOR AS WELL AS TAKE XRAYS AND SUFFERED OVER A MONTH OF PAIN. I WAS ABLE TO PICK MY PET BIRD UP FROM ANIMAL CONTROL FOR A REASONABLE PRICE BUT MY CAT I HAD TO GIVE UP DUE TO ECONOMICAL PROBLEMS. UNREASONABLE PRICE BY ANIMAL CONTROL

I HAVE RELOCATED TO WASHINGTON, DC AREA IN ORDER TO SEEK FULL JUSTICE THROUGH CIVIL COURT SYSTEM AS WELL AS BE FULLY COMPENSATED FOR THESE VIOLATIONS. I ALSO HAVE MANY OTHER SYMALAR CASES I WILL BE PRESENTING THAT ARE SYMILAR THIS HAS BEEN GOING ON FOR MANY YEARS.

NEXT PAGE

HOPFULLY HERE IN THE NATIONS CAPITOL I WILL FIND TRUE JUSTICE.

I AM ASKING FOR EITHER A IMPARTIAL JUDGE OR COMMISSIONER OR A POSSIBLE JURY TRIAL IF IT CALLS FOR IT.

THE AMOUNT OF MONEY I AM MAKING A DEMAND FOR DAMAGES ARE STILL BEING CALCULATED. AT 4.5 MILLON DOLLARS FOR WRONGFULL ARREST, HARRASMENT, USE OF EXCESIVE FORCE, BODILY INJURY & FALSE IMPRISONMENT ETC. ETC. ETC.

TO THE CLERK OF THE COURT: PLEASE FILE THIS CIVIL COMPLAINT BASED ON REPORT AND EVIDENCE. A WAIVER SHALL BE GRANTED FOR MY DISABLEMENT ON SOCIAL SECURITY. NO COVER FILING FEES.

YOURS TRULY,

[signature] ESQ.

DANNY JOE HIRSCHFIELD ESQ.
7206 ANTOCK PLACE
UPPER MARLBORO, MD 20772
(202) 714-5576. USA.
MY LAST 4 NUMBERS OF SS# 8592
YOB 1975

8

END.

