AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**FILED**

UNITED STATES DISTRICT COURT
for the

AUG 0 8 2011

Clerk, U.S. District and Bankruptcy Courts

DANNY JOE HIRSCHFIELD ESQ., "IN PRO PER"
_____
*Plaintiff/Petitioner*
v.
U.S. DEPT OF HOMELAND SECURITY FPS (ICE)
_____
*Defendant/Respondent* OFFICER EDWARD LOTT
959

Civil Action No. 11 1441

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

DISABLED STUDENT SELF EMPLOYED PRIVATE INVESTIGATOR

My gross pay or wages are: $ 1149, and my take-home pay or wages are: $ 1149 per (specify pay period) 3RD OF EACH MO. SOCIAL SECURITY

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment   ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends   ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments   ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments   ☒ Yes   ☐ No
(e) Gifts, or inheritances  SOCIAL SECURITY   ☐ Yes   ☐ No
(f) Any other sources   USA   ☐ Yes   ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I AM A U.S. AMERICAN DISABLED NATIVE ON FIXED U.S. SOCIAL SECURITY INCOME, & STUDENT OF ENTERTAINMENT & LAW

**RECEIVED**
JUL 27 2011
Clerk, U.S District & Bankruptcy Courts for the District of Columbia

2

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ ∅

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: ∅ N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: $500 RENT ON HOUSING
$50 - TRASH WATER
$599.- FOOD. SUPPLIES, PHONE ETC.,

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: ∅ N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: NONE ONLY AS DESCRIBED ABOVE

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: July 19, 2011

_____
Applicant's signature

DANNY JOE HIRSCHFIELD ESQ
Printed name