LODGED

2011 SEP -1 AM 11: 33

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

FILED

2011 SEP -7 PM 4: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JOE HIRSCHFIELD <br><br> V. <br><br> U. S. DEPARTMENT OF HOMELAND SECURITY, ET AL; <br><br> PLAINTIFF(S) <br><br> DEFENDANT(S) | CASE NUMBER <br><br> CV11- 7237~~UA~~ (JEM) <br><br> **ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE** |

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

9-7-2011
Date

John E. McDermott
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency

☐ Legally and/or factually patently frivolous

☐ District Court lacks jurisdiction

☐ Immunity as to _____

☐ Other: _____

Comments:


_____          _____
Date                     United States Magistrate Judge

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ **GRANTED**          ☐ **DENIED (See comments above).**


_____          _____
Date                     United States District Judge

CV-73A (01/10)          ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE