UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 0 8 2011
Clerk, U.S. District and
Bankruptcy Courts

DANNY JOE HIRSCHFIELD ESQ.,
7206 ANTOCK PLACE
UPPER MARLBORO, MD 20772

Case. 1:11-cv-01441
Assigned To : Unassigned
Assign. Date : 8/8/2011
Description: Pro Se Gen. Civ.

VS.

U.S. DEPT. OF HOMLAND SECURITY     OFFICER EDWARD LOTT 959
(FPS) FEDERAL PROTECTIVE SERVICE ICE  CASE# D10006275
WASHINGTON, DC. 20528

CV11-7237-R (JEM)

## COMPLAINT

TO WHOM IT MAY CONCERN I AM FILING THIS COMPLAINT AGAINST U.S. DEPT. OF HOMELAND SECURITY FEDERAL PROTECTIVE SERVICE ICE AS MAINLY RESPOSIBLE FOR COMPENSATING MY DISTRESS, PAIN, SUFFERING, AND VIOLATIONS OF THE U.S CONSTITUTION.

ON JULY 6, 2010. I WAS APPROACHING AND WALKING TOWARD 255 E. TEMPLE ST. LOS ANGELES, CA ROYBAL FED BUILDING (COURTHOUSE UNITED STATES. AS A STUDENT OF CINEMA & TELEVISION AND BEING DISABLED IT WAS MY FIRST TIME THERE. I WAS SINGLED OUT AND DISCRIMINATED BY SEVERAL OFFICERS THERE ON SIGHT. I WAS JUST TRYING TO TAKE SOME PHOTOGRAPHS OF SCENIC LANDMARK WITH MY PHONE

1

① NEXT PAGE →

IMMEDIATLY A SECURITY GAURD ATTACKED ME AND HANDCUFFED ME EXTREMELLY VIOLENT CALLED THE ICE AGENTS AND SAID I WAS TRYING TO BREAK INTO VEHICLES. ALL THESE OFFICERS HAD ME STARDUED DISPLAYING ACTS OF VIOLENT BEHAVIOR LIKE THEY WANTED TO BEAT ME. I HAVE IN THE PAST MANY YEARS HAVE GONE THROUGH THIS WITH POLICE POWER AND HAVE SUFFERD FROM A TRAUMATIC DISORDER BEING HARSHLY ABUSED. THEY SEACH MY HANDBAG AND BODY LEFT ALL MY PERSONAL BELONGINGS SCATTERD EVERWHERE, TWISTING AND BENDING MY WRIST CAUSING ME TO YELL IN EXCRUCHIATING PAIN.

THIS IS A CLEAR VIOLATION OF AMENDMENT IV OF THE U.S. CONSTITUTION. VIOLATING MY RIGHT TO BE SECURE IN MY PERSON CONDUCTING AND ILLEGAL SEARCH AND SEIZURE WITH NO PROBABLE CAUSE, CAUSING BODILY INJURY,

I WAS WRITTEN A CITATION AND REALEASED WITH A FINE OF $275. AND COURT DATE TO APPEAR ON 9/1/10 @ 830 ROYBAL FED BLDG/CRTH CRIMINAL INTAKE ROOM 178 255 E. TEMPLE STREET LOS ANGELES, CA 90012.

ON 9/1/2010 I SHOWED UP TO COURT ENTRACE TO APPEAR ON THIS CASE. I WAS NOT LET IN TO COURT SINCE

② NEXT PAGE

I DID NOT HAVE A STATE IDENTIFICATION, IN WHICH WAS LOST/STOLEN. I SHOWED THE U.S. MARSHALL COURT AT ENTRANCE MY CITATION AND COURT ORDER TO APPEAR ALONG WITH STUDENT COLLEGE IDENTIFICATION AND RED WHITE AND BLUE MEDICARE CARD. I WAS DENIED ENTRANCE AND ASKED TO LEAVE BUILDING, SUBJECTING ME TO A BENCH WARRANT BEING ISSUED.

I CONTACTED CENTRAL VIOLATIONS BUREAU BY MAIL SENDING THEM MY SOCIAL SECURITY CHECK TO COVER FINE. THEY RETURNED MY CHECK FROM PO BOX 780549 SAN ANTONIO, TX 78278. (800) 827-2982 ASKING ME TO SEND THEM A MONEY ORDER FOR FINE

BEING A U.S. DISABLED STUDENT MY DISADVANTAGES AND EXHAUST MY RESPONSIBILITIES TO HANDLE THIS CASE SEVERAL MONTHS PASSED. ON 2-3-11 I WROTE A LETTER TO JUDGE OR COMMISSIONER AT 255 E TEMPLE ST ROYBAL FED COURT BUILDING ROOM 341. EXPLAINING THE MENTIONED CIRCUMSTANCES AND PLEADING NOT GUILTY TO THE MENTIONED CHARGES. BY DECLARATION. I RECEIVED NO RESPONSE FROM COURTROOM ON LETTER SENT BY U.S MAIL. INCLUDED A COPY OF MY SOCIAL SECURITY LETTER MY BIRTH CERTIFICATE SHOWING I AM A U.S. NATIVE CITIZEN AND MY DISABILITY CARD AND COLLEGE ID. NO RESPONSE FROM THIS LETTER.

(3) NEXT PAGE

ON OR ABOUT 2-3-11 SPOKE TO COURT CLERK (800) 827-2982 ADVISING ME TO CALL VERONIKA MCKANIE @ (213) 894-8257. IN WHICH WORK OUT OF FEDERAL PUBLIC DEFENDERS OFFICE TELLING ME CASE WAS DROPPED AND TO FAX HER ALL INFO ON CASE.

ON OR ABOUT MARCH OF 2011 I CALLED CENTRAL VIOLATIONS BUREAU TO CHECK STATUS OF CASE THEY ADVISED ME THERE WAS A WARRANT FOR MY ARREST THIS IS A CLEAR VIOLATION OF ADMENDMENT XIV SECTION 1 DEPRIVING ME OF PERSON, LIFE, LIBERTY, OR PROPERTY WITHOUT DUE PROCESS OF LAW.

IMMEDIATLY I WENT TO FEDERAL PUBLIC DEFENDERS OFFICE IN DOWNTOWN, LOS ANGELES CENTRAL DISTRICT OF CALIFORNIA 321 EAST 2ND STREET LA, CA 90012 (213) 894-2854 AND SPOKE WITH JOYCE DELANY ABOUT THIS CASE EXPLAININ TO HER I HAD SPOKEN TO VERONIKA MCKANIE SAYING THE CASE WAS DROPPED AND ALSO TOLD HER ABOUT CENTRAL VIOLATIONS BUREAU CLERK TELLING ME THERE WAS A WARRANT FOR MY ARREST. JOYCE ADVISED ME NOT TO WORRY THAT SHE WOULD LOOK INTO CASE AND GET BACK WITH ME. SEVERAL WEEKS WENT BY NO RESPONSE. SO - ME BEING

NEXT PAGE

OUT IN FREEDOM NOT SURE IF CASE WAS DROPPED OR THERE WAS A WARRANT.

ON 4/14/11 BEING A RESIDENT AT 4537 FOUNTAIN AVE #208 LOS ANGELES/HOLLYWOOD CALIFORNIA USA 90029. ON OR ABOUT NOON I FED MY PET BIRD AND DECIDED TO TAKE MY PET KITTEN/CAT FOR A WALK. AS I APPROACHED THE CORNER ON SIDEWALK TWO SPEEDING FLASHING LIGHTS IN WHICH APPEARD TO BE POLICE APPREHENDED ME AT GUN POINT, CUFFING ME AND SINGLE ME OUT TO RESPOND TO A CALL A MAN WITH KNIFE THREATING MEDICAL EMPLOYEES. IN WHICH THEY CLEARED AS BEING MISSTAKEN.

THEY RAN MY NAME IN SYSTEM WITH U.S. MARSHAL WARRANT SHOWING NO BAIL AND FULL EXTRIDICTION. OUT OF ARLINGTON, VA. NO BAIL ON THIS INCIDENT IS BEYOND A VIOLATION OF AMENDMENT VII OF THE U.S. CONSTITUTION ALONG WITH CRUEL AND UNUSUAL PUNISHMENT INFLICTED.

I WAS IMMEDIATLY BOOKED INTO LAPD METROPOLITAN JAIL ON U.S. MARSHALL WARRANT I ASKED OFFICERS TO PLEASE CALL ANIMAL CONTROL TO PICK UP MY PETS SINCE THEY

NEXT PAGE

TOOK MY APARTMENT KEYS AND TOOK MY KITTEN/CAT BACK TO MY APARTMENT. AND PROCEEDED TO JAIL IN WHICH I HAD GOTTEN EXTREMELLY ILL DUE TO TOXIC WASTE AND BACTERIA. THE OFFICERS NEGLECTED TO CALL ANIMAL CONTROL SUBJECTING MY PETS TO DIE OF STARVATION THIS TO ME WAS EXTREME NEGLECT ON THEIR PART. AFTER THIRD DAY AT JAIL AND ASKING SEVERAL TIMES TO CALL ANIMAL CONTROL, I FINALLY SPOKE TO A SUPERVISOR BY THE NAME OF SGT SMITH WHO APPARENTLY UNDERSTOOD THE SITUATION.

SHE IMMEDIATLY DISPATCHED ANIMAL CONTROL TO MY RESIDENCE SAVING MY BIRD AND KITTEN/CAT.

AFTER 5TH DAY AT JAIL U.S. MARSHALLS SHOW UP TO TRANSPORT ME TO METROPOLITAN DETENTION CENTER BUREAU OF PRISON AFFAIRS. THE NEXT DAY I APPEARED BEFORE A COURT AND WAS RELEASED ON U.S. BOND. WITH A COURT DATE AND DEPUTY FEDERAL PUBLIC DEFENDER ASAL AKHONDZADEH.

I RETURNED TO COURT ON ORDERED DAY. AND CASE WAS DISSMISSED/DROPPED.

(6) NEXT PAGE

So after this whole unfortunate deal and spraining and twising my ankle foot, being in custody being ordered by US Marshalls to get up on a step in elevator in prison line up I fell and sprain my ankle bone with excruchiating extreme pain I was trasported to nurse she made a record of it wrapped my ankle with splint and aoministered motrin and gave me cruches.

I went to see my doctor as well as take xrays and suffered over x month of pain. I was able to pick my pet bird up from animal control for a reasonable price but my cat I had to give up due to economical problems. Unreasonable price by animal control

I have relocated to Washington, DC area in order to seek full justice through civil court system as well as be fully compensated for these violations. I also have many other symalar cases I will be presenting that are symilar this has been going on for many years.

HOPFULLY HERE IN THE NATIONS CAPITOL I WILL FIND TRUE JUSTICE.

I AM ASKING FOR EITHER A IMPARTIAL JUDGE OR COMMISSIONER OR A POSSIBLE JURY TRIAL IF IT CALLS FOR IT.

THE AMOUNT OF MONEY I AM MAKING A DEMAND FOR DAMAGES ARE STILL BEING CALCULATED. AT 4.5 MILLION DOLLARS FOR WRONGFULL ARREST, HARRASMENT, USE OF EXCESIVE FORCE, BODILY INJURY & FALSE IMPRISONMENT ETC ETC ETC. TO THE CLERK OF THE COURT; PLEASE FILL THIS CIVIL COMPLAINT BASED ON REPORT AND EVIDENCE. A WAIVER SHALL BE GRANTED FOR MY ABATEMENT ON SOCIAL SECURITY. NO COVER FILING FEES.

YOURS TRULY,

*[signature]* ESQ,

DANNY JOE HIRSCHFIELD ESQ,
7206 ANTOLK PLACE
UPPER MARLBORO, MD 20772
(202) 714-5576.     USA.
MY LAST 4 NUMBERS OF SS# 8592
YOB 1975

GND.

# CIVIL COVER SHEET

JS-44
(Rev. 1/11 DC)

## I. (a) PLAINTIFFS
Danny Joe Hirschfield

## DEFENDANTS
U.S. Dept. of Homeland Security et al.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
PRO SE (N/P)

Case: 1:11-cv-01441
Assigned To : Unassigned
Assign. Date : 8/8/2011
Description: Pro Se Gen. Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
◉ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff))
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ E. General Civil (Other)   OR   ● F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus - Alien Detainee | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
● 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi district Litigation ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
42 USC 1983

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $ 4.5 Billion Check YES only if demanded in complaint JURY DEMAND: YES ☐ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☐ If yes, please complete related case form.

DATE 8-08-11 SIGNATURE OF ATTORNEY OF RECORD NCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.