WEDNESDAY, SEPTEMBER 28, 2011 RE: CASE NO. CV11-7237-R(JEM)

TO: THE CLERK OF THE COURT

MY NEW CURRENT ADRESS AS OF 8/31/2011 IS

(PLEASE UPDATE)

JOE HIRSCHFIELD

313 70TH STREET

CAPITOL HEIGHTS

MARYLAND, 20743

USA.

TEL NO. (202) 714-5576

FILED
CLERK, U.S. DISTRICT COURT
OCT -7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY