UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
OCT 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge  John E. McDermott

From: S. Anthony                       , Deputy Clerk    Date Received: 10/6/11

Case No.: CV 11-7237 R (JEM)    Case Title: Hirschfield v. U.S. Dept of Homeland Security

Document Entitled: Letter (no date)

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone, facsimile numbers and email address
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1      Proposed amended pleading not under separate cover
☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2      Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-7      Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
☐ General Order 10-07  Case is designated for electronic filing
☑ Other: LR 83-2.11: Refrain from writing letters; LR 11-1: Signature lacking
         LR 79-5.4: Documents with personal identifiers (social security no.) must be redacted or filed under seal.

LR 11-5: Loose exhibits-not attached to any pleading cannot be filed with the Court.

Note: **Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

---

ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____              _____
Date                                  U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

October 12, 2011                     /s/ John E. McDermott
Date                                  ~~U.S. District Judge~~ / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (04/11)                NOTICE OF DOCUMENT DISCREPANCIES