Name: DANNY HIRSCHFIELD
Address: 313 70th STREET
CAPITOL HEIGHTS, MD 20743
Phone: (202) 714-5576
Fax:

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
JAN - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JOE HIRSCHFIELD<br>Plaintiff<br>v.<br>U.S. DEPT. OF HOMELAND SECURITY<br>Defendant(s). | CASE NUMBER:<br>2:11-CV-07237<br><br>TITLE OF PLEADING<br>REQUEST FOR EXTENSION OF PROOF OF SERVICE |

TO WHOM IT MAY CONCERN,
I DANNY JOE HIRSCHFIELD REQUEST AN EXTENSION ON MY CASE # AS FOLLOWS: 2:11-CV-07237. ALSO I WOULD TO REQUEST IF SERVICE BY THE COURT ON MY BEHALF TO THE DEFENDANTS CAN BE PROCESSED AS I HAVE A IN FORMA PAUPERIS WAIVER. YOUR COOPERATION IN THIS MATTER IS DEEPLY APPRICIATED.

IN PRO PER, PRO SE
313 70TH ST.
CAPITOL HEIGHTS, MD 20743

CV-127 (09/09) PLEADING PAGE FOR A SUBSEQUENT DOCUMENT