1  Name: DANNY JOE HIRSCHFIELD
2  Address: 313 70TH STREET
3  CAPITOL HEIGHTS, MD 20743
4  Phone: (202) 714-5576
5  Fax: _____
6  In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DANNY JOE HIRSCHFIELD

Plaintiff

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL,

Defendant(s).

CASE NUMBER: CV11-7237-R(JEM)

TITLE OF PLEADING: CAUSE WHY CASE SHOULD NOT BE DISMISSED AND MOTION TO EXTEND TIME

TO WHOM IT MAY CONCERN,
I WOULD LIKE TO EXPLAIN TO THE COURT MY REASONS FOR NOT REPLYING IN A TIMELY MANNER. THIS IS MY FIRST TIME PLACING A LAWSUIT LIKE THIS AND HAVE VERY LITTLE KNOWLEDGE ON WHAT TO DO AND HOW TO PROCEED. I DIDNT EVEN KNOW I WAS SUPPOSED TO SERVE DEFENDANT. UNTIL A FEW WEEKS AGO I SPOKE WITH MS. S. ANTHONY BY PHONE TO EXPLAIN TO HER MY SITUATION. I SENT A PLEADING TO REQUEST MORE TIME BY CERTIFIED MAIL ON JANUARY 3RD, 2012. TO UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA.

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

I WAS ALSO REQUESTING TO SEE IF I CAN HAVE THE COURT SERVE DEFENDANT DUE TO THE REASONS OF NOT BEING ABLE TO AFFORD THESE SERVICES. I HAVE A (IFP) INFORMA PAUPERIS WAIVER ON FILE. SINCE I FILED THIS CIVIL RIGHTS COMPLAINT ON SEPTEMBER 7TH 2011, I HAVE BEEN GATHERING EVIDENCE THAT SUPPORT MY STATMENTS, BUT ALSO HAVE HAD DIFFCULTIES OBTAINING POLICE REPORTS DUE TO THE FACT THAT I HAVE BEEN DENIED MY OWN PERSONAL RECORDS BY POLICE DEPARTMENT BEING A PRINCIPLE PARTY TO THE ACTION. I ABSOLUTELY WANT TO PROCEED WITH THIS CASE AND WILL TRY TO DO THE BEST I KNOW HOW, ALSO AS HAVING A LEARNING DISABILITY, NOT BEING ABLE TO AFFORD N ATTORNEY TO DEFEND ME AND NOT MONY RESOURCES TO UTILIZE IN THIS AREA THERE IS NO IN PROSE WORKSHOP IN WHICH I CAN GO TO FOR HELP. IT WILL BE DIFFICULT TO UNDERSTAND THE PROCESS & PROCEDURES ON THIS CASE, BUT IF THE COURT CAN BEAR WITH ME, I WILL COMPLY WITH ALL REQUESTS. IF THERE IS ANY WORKSHOP OR ANY TYPE OF HELP I CAN OBTAIN. PLEASE LET ME KNOW.

SINCERELY YOURS,
JANNY JOE HIRSCHFIELD
313 70TH STREET
CAPITOL HEIGHTS, MD 20743

JANUARY 11, 2012

IN PROSE

CV-127 (09-09)        **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**