DANNY JOE HIRSCHFIELD
IN PRO SE
109 VICTOR STREET NE # 3
WASHINGTON, DC 20011
(202)714-5576



UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

DANNY JOE HIRSCHFIELD,
PLAINTIFF,

Case No. CV 11-7237 R (JEM)

V.

U.S. DEPARTMENT OF HOMELAND
SECURITY ET AL., A FEDERAL LAW
ENFORCEMENT AGENCY
DEFENDANTS

REPLY TO THE MOTION FOR
CASE DISSMISSAL

HONORABLE JOHN E. MCDERMOTT

I DANNY JOE HIRSCHFIELD IN PRO PER PLAINTIFF AM IN FAVOR OF DISSMISING CASE # CV 11-7237 R (JEM). FOR THE FOLLOWING REASONS

I DO NOT HAVE SUFFICIENT KNOWLEDGE OF THE COURT SYSTEM AND THEREFORE HAVE PUT IN MY BEST EFFORT IN WHICH IS NOT GOING TO BE VERY SUITIBLE IN MAKING MY CASE AGAINST DEPARTMENT OF HOMELAND SECURITY AT THIS TIME.I MAY REFILE

AT A LATER DATE WHEN BETTER PREAPARED WITH EITHER AN ATTORNEY OR SUFFICIENT KNOWLEDGE OF THE COURT SYSTEM AND LAW IN ORDER TO PROPER LITIGATE CASE.

SIGNED _____ JUNE 4, 2012

DANNY JOE HIRSCHFIELD

PRO SE LITIGANT-